CORY J. HILTON, ESQ.
Nevada Bar No. 004290
**LAW OFFICES OF CORY J. HILTON**
5545 S. Mountain Vista St. Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
Fax: (702) 384-8200

*Attorney for Plaintiff*
*JAMES R. ROSENBERGER and GLORI W. ROSENBERGER*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES R. ROSENBERGER and GLORI W. ROSENBERGER, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE, and DOES I through X, and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.    2:15-cv-02107-JCM-VCF <br><br> **STIPULATION AND ORDER** |

COMES NOW, Plaintiffs JAMES R. ROSENBERGER and GLORI W. ROSENBERGER, by and through their attorney of record, CORY J. HILTON, ESQ., of the LAW OFFICES OF CORY J. HILTON, and Defendant WELLS FARGO HOME MORTGAGE, by and through its attorney of record, BRADLEY T. AUSTIN, ESQ., and do hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs shall be permitted an extension of time, until Wednesday, December 30, 2015, to file an Opposition to Defendant's Motion to Dismiss, presently before the Court.

///
///
///
///
///

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall be permitted an extension of time, until Thursday, January 14, 2016, to file a Reply to Plaintiffs' forthcoming Opposition.

DATED this 14th day of December, 2015.

DATED this 14th day of December, 2015.

**LAW OFFICES OF CORY J. HILTON**

**SNELL & WILMER, LLP**

By:       /s/ Cory J. Hilton              ,

By:       /s/ Bradley T. Austin              ,

CORY J. HILTON, ESQ.
Nevada Bar No. 4290
5545 S. Mountain Vista St., Ste. F
Las Vegas, Nevada 89120
*Attorney for Plaintiffs*

AMY F. SORENSON, ESQ.
Nevada Bar No. 12495
BRADLEY T. AUSTIN, ESQ.
Nevada Bar No. 13064
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED, ADJUDGED, and DECREED that Plaintiff be permitted an extension of time, until Wednesday, December 30, 2015 to file their Opposition to Defendants' Motion to Dismiss presently before the Court, and that Defendant shall be granted an extension of time, until Thursday, January 14, 2016, to file their Reply to Plaintiff's forthcoming Opposition.

DATED December 23, 2015.

_Jerns C. Mahan_____

UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ Cory J. Hilton                ,

CORY J. HILTON, ESQ.
Nevada Bar No. 4290
**LAW OFFICES OF CORY J. HILTON**
5545 S. Mountain Vista St., Ste. F
Las Vegas, NV 89120
Tel: (702) 384-8000
*Attorney for Plaintiff*